Filing # 116378136 E-Filed 11/09/2020 03:49:50 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:

**STEPHANIE HOWELL,**

      **Plaintiff,**

**vs.**

**USAA CASUALTY INSURANCE
COMPANY,** a Foreign Profit
Corporation, and **DEBORAH R. DIXON,**
an individual,

      **Defendants.**

_____/

## COMPLAINT

    Plaintiff, STEPHANIE HOWELL, sues the Defendants, USAA CASUALTY

INSURANCE COMPANY and DEBORAH R. DIXON, and alleges:

### COMMON ALLEGATIONS AS TO ALL COUNTS

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND

DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

    2.    At all times material hereto, including January 22, 2019, Plaintiff, STEPHANIE

HOWELL, was a resident of Duval County, Florida.

    3.    At all times material hereto, including January 22, 2019, Defendant, DEBORAH

R. DIXON, was a resident of Jacksonville, Duval County, Florida.

    4.    At all times material hereto, including January 22, 2019, Defendant, USAA

CASUALTY INSURANCE COMPANY, was a Foreign Profit Corporation:

    a.    doing business, including the solicitation and sale of policies of motor vehicle

        insurance, within the State of Florida, and specifically in Duval County, Florida;

and/or

b.        which maintained an office, an agent, and/or a representative in Duval County, Florida.

5.        On or about January 22, 2019, Plaintiff, STEPHANIE HOWELL, operated and/or maintained a 2015 Lexus GX motor vehicle on Palm Avenue at or near the intersection with Prudential Drive in Jacksonville, Duval County, Florida.

6.        On or about January 22, 2019, Defendant, DEBORAH R. DIXON, operated and/or maintained a 2017 Mercedes Benz E400 motor vehicle on Palm Avenue at or near the intersection with Prudential Drive in Jacksonville, Duval County, Florida.

7.        On or about January 22, 2019, at the place described above, Defendant, DEBORAH R. DIXON, negligently operated and/or negligently maintained the subject 2017 Mercedes Benz E400 motor vehicle so that it crashed into the rear of the 2015 Lexus GX motor vehicle Plaintiff, STEPHANIE HOWELL, was operating.

8.        Venue is proper as the motor vehicle collision occurred in Duval County, Florida.

<u>**COUNT I**</u>
**(STEPHANIE HOWELL vs. DEBORAH R. DIXON)**

9.        Plaintiff, STEPHANIE HOWELL, realleges and reaffirms Paragraphs 1 — 8 set forth above.

10.        On or about January 22, 2019, at the place described above, Defendant, DEBORAH R. DIXON, negligently operated and/or negligently maintained the subject 2017 Mercedes Benz E400 motor vehicle so that it crashed into the rear of the 2015 Lexus GX motor vehicle Plaintiff, STEPHANIE HOWELL, was operating.

11.        As a direct and proximate result of the foregoing negligence, Plaintiff, STEPHANIE HOWELL, has suffered bodily injury within a reasonable medical probability, and

resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, medical expenses, loss of earnings, loss of ability to earn money, and aggravation of pre-existing injuries and/or conditions. These injuries and damages to the Plaintiff are permanent within a reasonable degree of medical probability, and the Plaintiff will suffer such damages and losses in the future.

**WHEREFORE,** Plaintiff, STEPHANIE HOWELL, demands judgment against Defendant, DEBORAH R. DIXON, for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

## COUNT II
### (STEPHANIE HOWELL vs. USAA CASUALTY INSURANCE COMPANY)

12.     Plaintiff, STEPHANIE HOWELL, realleges and reaffirms Paragraphs 1 — 8 set forth above.

13.     Prior to January 22, 2019, Plaintiff, STEPHANIE HOWELL, purchased an insurance policy from Defendant, USAA CASUALTY INSURANCE COMPANY, including uninsured/underinsured motorist coverage.

14.     At all times material hereto, Plaintiff, STEPHANIE HOWELL, had uninsured/underinsured motorist coverage with the Defendant, USAA CASUALTY INSURANCE COMPANY, under the terms and conditions of automobile policy number 02187 4619C71036.  The aforementioned policy is in the possession of Defendant, USAA CASUALTY INSURANCE COMPANY, therefore it is not attached to the Complaint.

15.     As a direct and proximate result of the foregoing negligence, Plaintiff, STEPHANIE HOWELL, suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care

and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

16.     At the time of the aforesaid collision, DEBORAH R. DIXON was an uninsured/underinsured motorist, as that term is defined in automobile policy number 021874619C71036 and §627.727, Florida Statutes, and as applicable case law interprets same.

17.     Plaintiff, STEPHANIE HOWELL, has furnished Defendant, USAA CASUALTY INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, USAA CASUALTY INSURANCE COMPANY, has denied that coverage exists and/or refused to pay Plaintiff, STEPHANIE HOWELL, for the full value of the claim.

18.     Plaintiff, STEPHANIE HOWELL, has complied with all conditions precedent to the filing of this action.

**WHEREFORE,** Plaintiff, STEPHANIE HOWELL, demands judgment against Defendant, USAA CASUALTY INSURANCE COMPANY, for damages, costs of this action, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

RESPECTFULLY submitted this 9th day of November, 2020.

**MORGAN & MORGAN**

*/s/ Chelsea Ellis*
_____
**CHELSEA L. ELLIS, ESQUIRE**
FBN 1002243
76 South Laura Street, Suite 1100

Jacksonville, FL 32202
Telephone: (904) 398-2722
Facsimile: (904) 366-7677
Primary Email: CEllis@forthepeople.com
Secondary Email: ATyler@forthepeople.com
Attorneys for Plaintiff