UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE HOWELL,

    Plaintiff,

v.                                     Case No. 3:21-cv-202-BJD-JBT

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No. 19; Stipulation) filed on September 7, 2021. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

DONE and ORDERED in Jacksonville, Florida this 13th day of September, 2021.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record